UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE DEE TURNER,<br>    Plaintiff,<br>  v.<br>JERRY BROWN, et al.,<br>    Defendants. | Case No.  16-cv-05530-DMR (PR)<br><br>**ORDER OF TRANSFER** |

    Plaintiff filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 stemming from constitutional violations that occurred at Deuel Vocational Institution ("DVI") in Tracy, California, where he is currently incarcerated. Dkt. 13. He has also filed a motion for appointment of counsel and an application for *in forma pauperis* status. Dkts. 6, 11, 14.

    Plaintiff has consented to magistrate judge jurisdiction, and this matter has been assigned to the undersigned Magistrate Judge. Dkts. 8, 12.

    The acts complained of occurred at DVI, which is located in the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

    Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith. All pending motions are TERMINATED on this court's docket as no longer pending in this district.

    IT IS SO ORDERED.

Date: January 12, 2017

DONNA M. RYU  
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE DEE TURNER,<br>   Plaintiff,<br>  v.<br>JERRY BROWN,<br>   Defendant. | Case No.  16-cv-05530-DMR<br><br>**CERTIFICATE OF SERVICE** |

  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

  That on January 12, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jessie Dee Turner ID: AZ-2258
P.O. Box 600
Tracy, CA 95378-0600


Dated: January 12, 2017

                Susan Y. Soong
                Clerk, United States District Court

                By:_____
                Doug Merry, Deputy Clerk to the
                Honorable DONNA M. RYU